# Court of Appeals
# of the State of Georgia

ATLANTA, November 27, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1092.  In the Interest of D. S. J., A. L. J., R. L. M., A. M. J., and E. A. M., children.**

On August 10, 2011, this Court granted the appellant's application for discretionary appeal. Having reviewed the parties' briefs and the complete record now before us, we DISMISS this appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 11/27/2012
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*